UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>RANCHO PAVING INC., a California corporation; ERNESTO ARTURO MONZON, an individual; DAVID R. FOGT, in his capacity as REGISTRAR OF CONTRACTORS, STATE OF CALIFORNIA,<br><br>    Defendants. | Case No.: 2:22-cv-04792-MCS-RAO<br><br>**JUDGMENT AND ORDER (JS-6)** |

Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company filed a motion for summary judgment. (Mot., ECF No. 125.) No timely response was filed. The Court deems the motion appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15. After having considered all of the evidence, the Court hereby grants the motion and finds the following.

1    Pursuant to the Court's orders, (ECF Nos. 68, 113), American Contractors
2 Indemnity Company deposited $4,000.00 with the Court, (ECF Nos. 75–76), and
3 David R. Fogt, deposited $15,986.34 with the Court, (ECF No. 114–16). Plaintiff
4 made timely claims on deposits, and sufficiently established that it was entitled to the
5 money pursuant to California Business and Professions Code section 7071.5(e). (Mot.
6 6–9.) However, California law limits Plaintiff's recovery to $4,000 for the cash
7 deposit. Cal. Bus. & Prof. Code § 7071.11(a). Pursuant to the stipulation between
8 Plaintiff and the Chapter 7 Trustee in the related bankruptcy action, (ECF No. 95), the
9 balance of the cash deposit beyond the $4,000.00 to which Plaintiff is entitled will be
10 returned to the Chapter 7 Trustee, on behalf of the bankruptcy estate of Defendant
11 Rancho Paving, Inc.
12    It is therefore ordered that the Clerk shall release from the Registry of Court the
13 $4,000.00 deposited by ACIC together with any interest accrued to Plaintiff. It is
14 further ordered that the Clerk shall release $4,000.00 deposited by Mr. Fogt to
15 Plaintiff and the remainder, including any interest accrued, to the Chapter 7 Trustee.
16 All payments made to Plaintiff shall be payable to "Construction Laborers Trust
17 Funds" and mailed to counsel of record J David Sackman, Reich Adell and Cvitan
18 APLC, 330 North Brand Boulevard, Suite 250, Glendale CA 91203. All payments
19 made to the Chapter 7 Trustee shall be payable to "Rancho Paving Inc." and mailed to
20 Ronald Stadtmueller, 10755 Scripps Poway Parkway, #370, San Diego, CA 92121.

28 ///

2

1   This Judgment and Order finally adjudicates all claims between the parties
2   other than those dismissed or stayed under 11 U.S.C. § 362(a). Pursuant to Federal
3   Rule of Civil Procedure 54(b), the Court finds that there is no just reason for delay in
4   entry of a partial judgment adjudicating all claims that may be resolved at this time.

6   IT IS SO ORDERED.

8   DATED: December 6, 2024

    _____
    Mark C. Scarsi
    United States District Judge